AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Jeanne LeBlanc, et ux.

v.

Wyeth, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40102 FDS**

TO: (Name and address of Defendant)

Wyeth, Inc.
c/o Prentice Hall Corp. Systems
850 Bear Tavern Road
Trenton, NJ 08628

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANET, JENNER & SUGGS, LLC
1829 Reisterstown Road
Woodholme Center
Suite 320
Baltimore, Maryland 21208

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

DATE  6-24-05

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                  *Signature of Server*

_____
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wyeth, Inc.
C/o Prentice Hall Corp.
Systems
830 Bear Tavern Road
Trenton, NJ 08628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Transfer from service label)*
7099 3400 0012 2271 4775

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

(1) As to who

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**JEANNE LEBLANC, et ux.**        :

        Plaintiffs        :

                              Civil Action No. 05-40102 FDS

v.        :

**WYETH, INC., et al.**        :

### AFFIDAVIT OF SERVICE

I, Robert K. Jenner, complying with the rules set forth by the Commonwealth of Massachusetts, certify that I served a Summons, Complaint and Jury Demand by first class certified mail to the following address:

        **Wyeth, Inc.**
        **c/o Prentice Hall Corp. Systems**
        **830 Bear Tavern Road**
        **Trenton, NJ  08628**

        _____
        Robert K. Jenner
        Janet, Jenner & Suggs, LLC
        1829 Reisterstown Road
        Suite 320
        Baltimore, Maryland 21208
        410-653-3200
        **Attorneys for Plaintiffs**