UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE LEBLANC and RONALD J. LEBLANC,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY; and PFIZER, INC.<br><br>Defendants. | CIVIL ACTION NO. 05-40102-FDS |

**STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Pfizer Inc., and Pharmacia & Upjohn Company, LLC, improperly named as Pharmacia & Upjohn Company, ("Defendants") and plaintiffs Jeanne Leblanc and Ronald J. Leblanc that the time for Defendants to answer or otherwise plead in response to the Complaint is hereby extended through and including twenty (20) days after the transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted:

JEANNE LEBLANC and RONALD J. LEBLANC,
By their attorneys,

*/s/ James N. Wittorff*
James N. Wittorff (BBO No. 531920)
291 Main Street
Milford, MA 01757
Telephone: (508) 634-0009
Facsimile: (508) 634-8999

BOS1515508.1

PFIZER INC. and PHARMACIA & UPJOHN
COMPANY, LLC

*/s/ J. Christopher Allen, Jr./*

Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

DATED: August 3, 2005

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon James N. Wittorff, counsel for the Plaintiffs by facsimile, and upon all other counsel of record by electronic service on this 3rd day of August, 2005.

*/s/ J. Christopher Allen, Jr./*

J. Christopher Allen, Jr.
