UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE LEBLANC and RONALD J. LEBLANC,<br><br>       Plaintiffs,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY; and PFIZER, INC.<br><br>       Defendants. | CIVIL ACTION NO. 05-40102-FDS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PFIZER INC. AND PHARMACIA & UPJOHN COMPANY, LLC;**

Pursuant to Fed. R. Civ. P. Rule 7.1 and Local Rule 7.3, defendants Pfizer Inc. and Pharmacia & Upjohn Company, LLC, improperly named as Pharmacia & Upjohn Company, hereby state:

    1.    PFIZER, INC. is a publicly held company.

    2.    PHARMACIA & UPJOHN COMPANY, LLC is a limited liability company whose sole member is PHARMACIA & UPJOHN, LLC.  No publicly held company owns more than 10% of PHARMACIA & UPJOHN COMPANY, LLC.

Respectfully submitted,

PFIZER, INC. AND PHARMACIA & UPJOHN COMPANY, LLC

By its attorneys,

*/S/ J. Christopher Allen, Jr.*
_____

Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02118
(617) 345-1000

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon James N. Wittorff, counsel for the Plaintiffs by facsimile, and upon all other counsel of record by electronic service on this 3rd day of August, 2005.

*/S/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.