UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JEANNE and RONALD LEBLANC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-40102-FDS |
| WYETH, INC., WYETH PHARMACEUTICALS INC, PHARMACIA & UPJOHN CO., and PFIZER, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiffs Jeanne and Ronald LeBlanc that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

JEANNE and RONALD LEBLANC

By their attorneys:

/s/ James N. Wittorf_____
James N. Wittorf (BBO No. 531920)
291 Main Street
Milford, MA 01757
(508) 634-0009

Robert K. Jenner
Kenneth M. Suggs
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Suite 320

US1DOCS 5233865v1

        Baltimore, MD  21208
        (410) 653-3200
        rjenner@medlawlegalteam.com

Dated:  August 8, 2005

        WYETH, INC. and WYETH
        PHARMACEUTICALS, INC.

        By their attorneys:

        /s/ John J. Butts_____
        Robert M. Mahoney (BBO No. 315040)
        John J. Butts (BBO No. 643201)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        john.butts@wilmerhale.com

Dated:  August 8, 2005